RECEIVED

MAR 29 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MICHAEL S. BENT, pro se

        Plaintiff,

v.

UNNAMED CAPITOL POLICE ONE, et al.

        Defendants.

Case No.: 1:18-cv-02636-RDM

AFFIDAVIT OF SERVICE

Civil Action

RECUSAL DEMAND

Judge: Honorable Randolph D. Moss

AFFIDAVIT OF SERVICE ON
DEFENDANT JEFFREY SMITH
DEFENDANT OFFICER TYLER BROWN
DEFENDANT OFFICER REGIS GARRIS III

Defendants Officers Brown and Officer Garris III were served on the 13th day of March 2019 via process server OneSource, by delivering two copies of each document to Officer Capone who is authorized to accept service of process.

AFFIDAVIT OF SERVICE

Defendants Smith was served on the 13th day of March 2019 via process server OneSource, by delivering copies of each document to Stephanie Jenkins who is authorized to accept service of process.

Server affidavit is appended hereto [per FRCP 4(i)(3) and 4(e)(2)(C)].

Signature executed on 27th day of March 2019.

Michael S. Bent, pro se
1115 SE 164 Ave Suite 210-N-8
Vancouver, WA 98683
msgbent@gmail.com

AFFIDAVIT OF SERVICE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-02636RDM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jeffrey Smith was received by me on *(date)* Feb 25, 2019, 4:10 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Stephanie Jenkins , who is designated by law to accept service of process on behalf of *(name of organization)* Jeffrey Smith on *(date)* Wed, Mar 13 2019 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 3/13/19

*Server's signature*

Christian Ingram

*Printed name and title*

1133 13th Street NW, Suite C4, Washington, DC 20005

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 13, 2019, 3:04 pm EDT at: 950 Pennsylvania Ave NW Ste 6500, Washington, DC 20530 received by Stephanie Jenkins. Age: 35; Ethnicity: African American; Gender: Female; Weight: 160; Height: 5'9"; Hair: Black; Eyes: Brown; Other: Mail Clerk;

Documents Served: Summons in a Civil Action; Motion for Use of CM/ECF Username and Password; Motion for Recusal;Complaint; Certificate of Service

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-02636RDM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Officer Brown was received by me on *(date)* Feb 25, 2019, 4:10 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Officer Capone , who is designated by law to accept service of process on behalf of *(name of organization)* Officer Brown on *(date)* Wed, Mar 13 2019 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 3/13/19

_____
Server's signature

Christian Ingram
_____
Printed name and title

1133 13th Street NW, Suite C4, Washington, DC 20005
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 13, 2019, 2:43 pm EDT at : 1 First St NE, Washington, DC 20543 received by Officer Capone. Age: 40; Ethnicity: Caucasian; Gender: Male; Weight: 220; Height: 6'1"; Hair: Brown; Eyes: Brown; Other: Police Officer ; Authorized to accept

Documents Served: Summons in a Civil Action; Motion for Use of CM/ECF Username and Password; Motion for Recusal;Complaint; Certificate of Service

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-02636RDM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Officer Garris was received by me on *(date)* Feb 25, 2019, 4:10 pm.

- [ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- [X] I served the summons on *(name of individual)* Officer Capone , who is designated by law to accept service of process on behalf of *(name of organization)* Officer Garris on *(date)* Wed, Mar 13 2019 ; or

- [ ] I returned the summons unexecuted because: _____ ; or

- [ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 3/13/19

_____
*Server's signature*

Christian Ingram

_____
*Printed name and title*

1133 13th Street NW, Suite C4, Washington, DC 20005

_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 13, 2019, 2:43 pm EDT at: 1 First St NE, Washington, DC 20543 received by Officer Capone. Age: 40; Ethnicity: Caucasian; Gender: Male; Weight: 220; Height: 6'1"; Hair: Brown; Eyes: Brown; Other: Police Officer; Authorized to accept

Documents Served: Summons in a Civil Action; Motion for Use of CM/ECF Username and Password; Motion for Recusal;Complaint; Certificate of Service